### Lovejoy vs. Norcross.

Case, from City Court of Atlanta. New Trial. Damages. (Before Judge Clark.)

Blandford, J.—Where, in an action for breach of covenant growing out of the lease of a storehouse, the evidence as to the damages sustained was of a general character, and left it in doubt as to what damages the plaintiff was entitled to recover, and the verdict found in his favor was not demanded by the evidence, there was no abuse of discretion in granting a new trial.

Judgment affirmed.

Hopkins & Glenn, for plaintiff in error.

D. P. Hill & Son; T. P. Westmoreland, for defendant.